**Denied and Opinion Filed October 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00724-CV

## IN RE VERSAILLES DALLAS, INC., ET AL., Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15106**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Relators' August 7, 2020 petition for writ of mandamus challenges two discovery orders compelling them to respond to various discovery requests, including requests for financial information and tax returns. Entitlement to mandamus relief requires relators to show that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the petition, real parties in interest's response, relators' reply, and the record before us, we conclude that relators have failed to show their entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

200724f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE